DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEHKI LOHARSINGH,<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG in her capacity as Chief for SAN FRANCISCO POLICE DEPARTMENT; OFFICERS TRAPSI #1991, NEVES #1016, and FRANCO #1443, individually and in their capacities as SAN FRANCISCO POLICE DEPARTMENT; and DOES 1-100, inclusive; individually and in their capacities as Officers of SAN FRANCISCO POLICE DEPARTMENT,<br><br>             Defendants. | Case No. C08-04725 WHA<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:   January 29, 2009<br>Time:                11:00 a.m.<br>Place:               Courtroom 9, 19th Floor<br><br>Trial Date:         None set |

The Court has scheduled a case management conference before Judge William H. Alsup for Thursday, January 29, 2009 at 11:00 a.m.

1    Counsel for the parties agree and stipulate that the case management conference be
2 rescheduled to either February 19, 2009 or February 26, 2009 at 11:00 a.m., subject to the Court's
3 availability.
4    The parties also request that all dates related to the initial case management conference be
5 rescheduled in accordance with the new conference date.
6    This request is made because counsel for defendants, who underwent back surgery in late
7 December, will be out of the office and continuing his recovery from back surgery on January 29,
8 2009 and throughout much of the first two weeks of February 2009.
9    The parties have not made any prior requests to modify the conference.
10    The parties therefore jointly stipulate and request that the case management conference be
11 rescheduled to either February 19, 2009 or February 26, 2009 at 11:00 a.m., subject to the Court's
12 availability.  The parties also request that all dates associated with the initial case management
13 conference, be reset in accordance with the new conference date.
14    IT IS HEREBY STIPULATED BY THE PARTIES:

Dated:  December 30, 2008              DENNIS J. HERRERA
                                       City Attorney
                                       SEAN F. CONNOLLY
                                       Deputy City Attorney


                                       By:   s/*Sean F. Connolly*
                                       SEAN F. CONNOLLY
                                       Attorneys for Defendants
                                       CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  December 30, 2008              BENJAMIN NISENBAUM, ESQ.
                                       JOHN BURRIS, ESQ.
                                       Law Offices of John Burris


                                       By:   s/*Benjamin Nisenbaum*
                                       BENJAMIN NISENBAUM
                                       Attorney for Plaintiff
                                       MALEHKI LOHARSINGH

1

### [PROPOSED] ORDER

2

IT IS HEREBY ORDERED that the case management conference present set for January 29,

3

2009 at 11:00 a.m. be continued to  February 19, 2009,          at 11:00 a.m.  It is further ordered

4

that all case management deadlines are reset in accordance with the new case management

5

conference.

6

7

Dated:  January 15, 2009.                              _____



8

HONORABLE WILLIAM ALSUP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28