DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


BENJAMIN NISENBAUM, State Bar # 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
MALEHKI LOHARSINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEHKI LOHARSINGH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG in her capacity as Chief for SAN FRANCISCO POLICE DEPARTMENT; OFFICERS TRAPSI #1991, NEVES #1016, and FRANCO #1443, individually and in their capacities as SAN FRANCISCO POLICE DEPARTMENT; and DOES 1-100, inclusive; individually and in their capacities as Officers of SAN FRANCISCO POLICE DEPARTMENT,<br><br>　　　　Defendants. | Case No. C08-04725 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:　June 12, 2009<br>Time:　　　　　1:30 p.m.<br>Place:　　　　Courtroom A, 15th Floor<br><br>Trial Date:　April 26, 2010 |

1  THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to continue the
2  Further Case Management Conference previously set for June 12, 2009 at 1:30 p.m., to July 10, 2009
3  at 1:30 p.m. The parties request the continuance so that they may conduct further meaningful
4  discovery before the Further Case Management Conference.
5  IT IS HEREBY STIPULATED BY THE PARTIES:

6  Dated:  June 10, 2009                         DENNIS J. HERRERA
                                                 City Attorney
7                                                SEAN F. CONNOLLY
                                                 Deputy City Attorney
8

9
                                           By:   s/*Sean F. Connolly*
10                                               SEAN F. CONNOLLY
                                                 Attorneys for Defendants
11                                               CITY AND COUNTY OF SAN FRANCISCO, et al.

12  Dated:  June 10, 2009                        BENJAMIN NISENBAUM, ESQ.
                                                 JOHN BURRIS, ESQ.
13                                               Law Offices of John Burris

14
                                           By:   s/*Benjamin Nisenbaum*
15                                               BENJAMIN NISENBAUM
                                                 Attorney for Plaintiff
16                                               MALEHKI LOHARSINGH

17

18
                              [~~PROPOSED~~] ORDER
19

20   **GOOD CAUSE SHOWN,** the Court hereby orders that the Further Case Management
21  Conference in the above entitled action set for June 12, 2009 is hereby continued to July 10, 2009 at
22  1:30 p.m

23
    Dated:  June 12, 2009
24                                                    _____
                                                      Honorable
25                                                    UNITED STATES MAGISTRATE JUDGE

                                                      *Judge Joseph C. Spero*
26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO        2            n:\lit\li2008\090463\00562139.doc
CONTINUE CMC; CASE NO. C08-04725