# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-04725 JCS**

**CASE NAME:  MALEHKI LOHARSINGH v. CITY & COUNTY OF SAN FRANCISCO, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 6, 2009     **TIME: 6 mins** | **COURT REPORTER**: <u>Kathy Wyatt</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Ben Nisenbaum(T)* | <u>**COUNSEL FOR DEFENDANT:**</u><br>Dan Zaheeer (T)* |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Telephonic Discovery Hearing re: Joint Discovery Dispute [Docket No. 44] | Granted in part,<br>Denied in part |

<u>**ORDERED AFTER HEARING:**</u>

Within ten days from 11/6/9, Plaintiff may drop the emotional distress claim or produce a signed waiver for the psychiatric records, and shall produce complete responses to ROGS 11, 12, 13, and produce to all documents as requested in Dft's request for production of document nos. 1, 2, 5, 30, 33, 34, and 35.  Dft's request for mobile phone records is denied.

_____

**ORDER TO BE PREPARED BY:**         () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**
_____
**Number of Depos:**                                      **Discovery Cutoff:**

**Expert Disclosure:**          **Expert Rebuttal:**          **Expert Discovery Cutoff:**

**Motions Hearing:   at 9:30 a.m.**                       **Pretrial Conference:   at 1:30 p.m.**

**Trial Date:        at 8:30 a.m.  ( )Jury     () Court          Set for  days**
_____

**cc:       Chambers; Karen**
* (T) = Telephonic Appearance