UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALEHKI LOHARSINGH,

    Plaintiff(s),

v.

CITY & COUNTY OF SAN FRANCISCO, ET AL.,

    Defendant(s).

No. C 08-04725 JCS

**ORDER ON DISCOVERY**

On October 26, 2009, the parties filed a Joint Discovery Letter.

On November 6, 2009, a telephonic hearing was held on the Joint Discovery Letter. Ben Nisenbaum, counsel for Plaintiff, appeared. Daniel Zaheer, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT:

1. By November 20, 2009, Plaintiff shall dismiss his claim for emotional distress claim or, in the alternative, produce a signed waiver for the psychiatric records.

2. Plaintiff shall produce complete responses to Interrogatories 11, 12 and 13, and produce all documents as requested in Defendants' Request for Production of Document Nos. 1, 2, 5, 30, 33, 34 and 35.

3. Defendants' request for mobile phone records is DENIED.

IT IS SO ORDERED.

Dated: November 13, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge