# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 08-04725 JCS**

**CASE NAME:** MALEHKI LOHARSINGH v. CITY & COUNTY OF SAN FRANCISCO, ET AL.

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen Hom

**DATE**: Dec. 17, 2009     **TIME: 10 M**     **COURT REPORTER**: Deposition court reporter

**COUNSEL FOR PLAINTIFF:**
Ben Nisenbaum (T)*

**COUNSEL FOR DEFENDANT:**
Daniel Zaheer (T)*

**PROCEEDINGS:**     **RULING:**

1. Pla's Motion to Compel     Granted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     () Court

**CASE CONTINUED TO:**     at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:** at 9:30 a.m. | | **Pretrial Conference:** at 1:30 p.m. |

**Trial Date:**     at 8:30 a.m. ()Jury   ()Court     Set for     days

**cc:** Chambers; Karen
* (T) = Telephonic Appearance