1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   DANIEL A. ZAHEER, State Bar #237118
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:      (415) 554-3863
   Facsimile:      (415) 554-3837
7  E-Mail:      sean.connolly@sfgov.org

8

   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO, et al.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  MALEHKI LOHARSINGH,                 Case No. C08-04725 JCS

15              Plaintiff,

16        vs.                           **CORRECTED STIPULATION OF
                                        DISMISSAL OF ACTION WITH
                                        PREJUDICE AND [PROPOSED]
17  CITY & COUNTY OF SAN                ORDER**
    FRANCISCO, a municipal corporation;
18  HEATHER FONG in her capacity as     Trial Date:         April 26, 2010
    Chief for SAN FRANCISCO POLICE
19  DEPARTMENT; OFFICERS TRAPSI
    #1991, NEVES #1016, and FRANCO
20  #1443, individually and in their capacities
    as SAN FRANCISCO POLICE
21  DEPARTMENT; and DOES 1-100,
    inclusive; individually and in their
22  capacities as Officers of SAN
    FRANCISCO POLICE DEPARTMENT,
23
                Defendants.
24

25

26

27

28

1    The undersigned parties, being all the parties who have appeared in this action, STIPULATE

2 pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiff MALEKI

3 LOHARSINGH against City And County Of San Francisco, San Francisco Police Department,

4 HEATHER FONG, Police Officers TRAPSI, NEVES, and FRANCO is DISMISSED WITH

5 PREJUDICE.  As a condition of DISMISSAL it is further STIPULATED that plaintiff and

6 defendants shall each bear their own costs and attorneys' fees.

7        **IT IS SO STIPULATED.**

8

9 Dated:  March 26, 2010

10                                      LAW OFFICE OF JOHN L. BURRIS
                                       JOHN L. BURRIS
11                                      BENJAMIN NISENBAUM

12                          By:_____*/s/ Benjamin Nisenbaum*_____
                                       BENJAMIN NISENBAUM
13                                      Attorneys for Plaintiff

14                                      **Pursuant to General Order 45, §X.B., the filer of this
                                       document attests that s/he has received the concurrence
15                                      of this signatory to file this document.

16
     Dated:  March 26, 2010
17

18                                      DENNIS J. HERRERA
                                       City Attorney
19                                      JOANNE HOEPER
                                       Chief Trial Deputy
20                                      SEAN F. CONNOLLY
                                       DANIEL A. ZAHEER
21                                      Deputy City Attorneys

22
                                By:_____*/s/ Sean F. Connolly*_____
23                                      SEAN F. CONNOLLY

24                                      Attorneys for Defendant CITY AND COUNTY OF
                                       SAN FRANCISCO
25

26

27

28

**IT IS SO ORDERED.**



Dated: _March 29, 2010_____

By:_____

HON. ~~JAMES~~ C. SPERO
JOSEPH